ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00325 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| TERI SCHELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Josh F. Sigal, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, June 30, 2015 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to July 28, 2015 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is to allow additional time for the defense to complete investigation and other defense preparation; and for the parties to engage in plea negotiations.  The Court is advised that Mr. Sigal concurs

Stipulation and Order - 1

1  with this request and that he and Mr. Duree have authorized Ms. Radekin to

2  sign this stipulation on their behalf.

3      The parties further agree and stipulate that the time period from the

4  filing of this stipulation until July 28, 2015 should be excluded in

5  computing time for commencement of trial under the Speedy Trial Act, based

6  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

7  Code T4, to allow reasonable time necessary for effective defense

8  preparation.  It is further agreed and stipulated that the ends of justice

9  served in granting the request outweigh the best interests of the public and

10 the defendant in a speedy trial.

11      Accordingly, the parties respectfully request the Court adopt this

12 proposed stipulation.

13 IT IS SO STIPULATED

14 Dated: June 26, 2015                    BENJAMIN WAGNER
                                           United States Attorney

15
                                      By:   /s/ Josh F. Sigal
16                                         JOSH F. SIGAL
                                           Assistant United States Attorney

17

18 Dated: June 26, 2015                     /s/ John R. Duree, Jr.
                                           JOHN R. DUREE, JR.
19                                         Attorney for Defendant
                                           DAVID SCHELL

20

21 Dated: June 26, 2015                     /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
22                                         Attorney for Defendant
                                           TERI SCHELL

23

24

25                                 ORDER

26      For the reasons set forth in the accompanying stipulation and

27 declaration of counsel, the status conference date of June 30, 2015 at 9:15

28 a.m. is VACATED and the above-captioned matter is set for status conference


                          Stipulation and Order - 2

1   on July 28, 2015 at 9:15 a.m.  The Court finds excludable time in this matter

2   through July 28, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,

3   to allow reasonable time necessary for effective defense preparation.  For

4   the reasons stipulated by the parties, the Court finds that the interest of

5   justice served by granting the request outweigh the best interests of the

6   public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A),

7   (h)(7)(B)(iv).

8   IT IS SO ORDERED.

9   Dated: 6/26/2015                          /s/ John A. Mendez_____
                                              HON. JOHN A. MENDEZ
10                                            United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order - 3