BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-0325 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID SCHELL and TERI SCHELL | DATE: December 8, 2015 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on December 8, 2015.

2.      By this stipulation, the parties now move to continue the status conference until February 9, 2016 at 9:15 a.m., and to exclude time between December 8, 2015, and February 9, 2016 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 417 pages of documents, including investigative reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

b)       Counsel for defendants desire additional time to consult with their clients, conduct investigation and research, review discovery, and to discuss potential resolutions with their clients.  Counsel for both parties anticipate at least one more face-to-face meeting between the government and either one or both of the defendants.

c)       Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8, 2015 to February 9, 2016 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    ///

2          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4    must commence.

5          IT IS SO STIPULATED.

6

7    Dated:  December 2, 2015              BENJAMIN B. WAGNER
                                           United States Attorney
8

9                                          /s/ *JOSH F. SIGAL*
                                           JOSH F. SIGAL
10                                         Special Assistant U.S. Attorney

11

12   Dated:  December 2, 2015              /s/ *JOSH F. SIGAL* for
                                           JOHN DUREE
13                                         Counsel for Defendant
                                           DAVID SCHELL
14

15

16   Dated:  December 2, 2015              */s/ JOSH F. SIGAL* for_____
                                           ERIN RADEKIN
17                                         Counsel for Defendant
                                           TERI SCHELL
18

19

20

21

22                              **FINDINGS AND ORDER**

23         IT IS SO FOUND AND ORDERED this 2nd day of December, 2015.

24

25                                         /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
26                                         UNITED STATES DISTRICT COURT JUDGE

27

28