ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>              Plaintiff,              )<br>                                     )<br>v.                                   )<br>                                     )<br>                                     )<br>TERI SCHELL,                         )<br>                                     )<br>              Defendant.             )<br>_____) | 2:14-CR-00325 JAM<br><br>ORDER RE WAIVER<br>OF DEFENDANT'S PRESENCE |

ORDER

On January 27, 2016, defendant, TERI SCHELL, filed Waiver of Defendant's Presence.  CR 31.  Good cause appearing, such waiver is hereby approved.

IT IS SO ORDERED,

DATED:  1/27/2016                    /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ
                                     United States District Court Judge