ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-00325 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| TERI SCHELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

     Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Josh F. Sigal, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, July 19, 2016 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to September 6, 2016 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

     Considerable progress has been made in plea negotiations.  On July 14, 2016, the government provided revised plea agreements to both defendants, after reviewing the expert report provided to the government by the defense. The two parties are situated differently and yet they have some interests in

Stipulation and Order - 1

one another's agreements since they are husband and wife.  Further, the government is making each plea agreement conditional on both parties reaching the agreement.  Counsel are evaluating the state of the negotiations as to each defendant and need additional time to discuss the status and the relevant guideline considerations with their individual clients and collectively. Further, counsel for defendants request additional time to review these guideline considerations in light of the discovery, which includes several hundred pages of documents in addition to video recordings, and the factual bases of the plea agreements.  The Court is advised that Mr. Sigal concurs with this request and that he and Mr. Duree have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 6, 2016 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: July 15, 2016                    BENJAMIN WAGNER
                                        United States Attorney

                                   By:   /s/ Josh F. Sigal
                                         JOSH F. SIGAL
                                         Assistant United States Attorney

/ /

```
Dated: July 15, 2016                        /s/ John R. Duree, Jr.
                                           JOHN R. DUREE, JR.
                                           Attorney for Defendant
                                           DAVID SCHELL


Dated: July 15, 2016                        /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           TERI SCHELL
```

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of July 19, 2016 at 9:15 a.m. is VACATED and the above-captioned matter is set for status conference on September 6, 2016 at 9:15 a.m.  The Court finds excludable time in this matter through September 6, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

```
Dated: July 15, 2016                        /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           United States District Judge
```