```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )   2:14-CR-00325 JAM
                                )
              Plaintiff,        )
                                )
v.                              )   STIPULATION AND ORDER
                                )   TO CONTINUE STATUS CONFERENCE
                                )
TERI SCHELL, et al              )
                                )
              Defendants.       )
_____)
```

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Josh F. Sigal, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 11, 2016 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to December 6, 2016 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

The government has provided plea agreements to both defendants.  It is a package deal.  The defense has responded with counteroffers which take into consideration new case law – *United States v. McIntosh*, 2016 U.S. App. LEXIS 15029 (9th Cir.), decided on August 16, 2016.  In that case the Ninth Circuit

Stipulation and Order - 1

held the Consolidated Appropriations Act, 2016, Pub. L. No. 114-113, § 542, 129 Stat. 2242, 2332-33 (2015), prohibits the DOJ from spending funds from relevant appropriations acts to prosecute individuals who engaged in conduct permitted by state medical marijuana laws.  Under *McIntosh*, a defendant in a federal marijuana prosecution can bring a motion to dismiss or enjoin prosecution on the ground he or she is "strictly compliant" with state medical marijuana law, and is entitled to an evidentiary hearing on that issue.  *McIntosh, supra*, at p. 30.  From discussions to date it appears likely the case will resolve; however, the parties need additional time to consider and discuss the impact of *McIntosh* on plea negotiations, discovery and the factual bases set forth in the plea agreements.  The parties intend to have a meeting to discuss these issues.  The Court is advised that Mr. Sigal concurs with this request and that he and Mr. Duree have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 6, 2016 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

/ /

```
 1  Dated: October 7, 2016                 PHILLIP A. TALBERT
                                           Acting United States Attorney
 2
                                     By:   /s/ Josh F. Sigal
 3                                         JOSH F. SIGAL
                                           Assistant United States Attorney
 4
    Dated: October 7, 2016                  /s/ John R. Duree, Jr.
 5                                         JOHN R. DUREE, JR.
                                           Attorney for Defendant
 6                                         DAVID SCHELL

 7

 8
    Dated: October 7, 2016                  /s/ Erin J. Radekin
 9                                         ERIN J. RADEKIN
                                           Attorney for Defendant
10                                         TERI SCHELL

11

12                                  ORDER

13      For the reasons set forth in the accompanying stipulation and

14  declaration of counsel, the status conference date of October 11, 2016 at

15  9:15 a.m. is VACATED and the above-captioned matter is set for status

16  conference on December 6, 2016 at 9:15 a.m.  The Court finds excludable time

17  in this matter through December 6, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv)

18  and Local Code T4, to allow reasonable time necessary for effective defense

19  preparation.  For the reasons stipulated by the parties, the Court finds that

20  the interest of justice served by granting the request outweigh the best

21  interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

22  3161(h)(7)(A), (h)(7)(B)(iv).

23  IT IS SO ORDERED.

24  Dated: 10/7/2016                       /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
25                                         United States District Judge
```