1    PHILLIP A. TALBERT
     United States Attorney
2    GREGORY T. BRODERICK
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Tel: (916) 554-2780

5    Attorneys for the United States

6

7

8                        UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  2:14-CR-00325-JAM

12              Plaintiff,                   **STIPULATION and  ORDER
                                            CONTINUING DATES REGARDING
13        v.                                DEFENDANT'S MOTION TO ENJOIN
                                            PROSECUTION**
14   DAVID SCHELL AND TERRY SCHELL,

15              Defendants.

16

17        TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

18   STIPULATION

19        The United States, by and through its counsel, Assistant United States Attorney Gregory T.

20   Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant,

21   Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to continue the dates

22   related to Plaintiff Terry Schell's motion to enjoin prosecution.  At the December 6, 2016 status

23   conference, this Court set a briefing schedule requiring defense Motions to be filed by 1/19/2017,

24   responses due by 1/31/2017, replies due by 2/10/2017, and a hearing date set for February 21, 2017.

25   (*See* Dkt. No. 50).  Lead counsel for the United States, Josh Sigal, has departed this office and

26   undersigned counsel took over the file.  Prior to appearing in this action (Dkt. No. 51), undersigned

27   counsel for the United States had no familiarity with, or knowledge of, this action.  The Court

28   previously granted continued the above dates, such that the United States' opposition is due April 19,

                                            1

1  2017, any reply by May 9, 2017, and any argument to May 16, 2017.  *See* Dkt. No. 64.

2         In view of the complexity and novelty of the legal issues, the volume of discovery, the

3  multiple defendants, and to permit each side time for effective preparation, the parties hereby

4  stipulate, and propose, that the Court further continue the dates as follows:  Responses to the

5  motion due on or before May 10, 2017, any replies due by May 30, 2017, and the hearing

6  continued to June 6, 2017.

7         The parties agree that time should continue to be excluded under Local Code E (pursuant to

8  18 U.S.C. § 3161(h)(1)(D)) through the conclusion of the hearing on, or other prompt disposition

9  of, this motion.  In addition, the parties agree that time is excludable under Local Code T4 (pursuant

10  to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit the United States time for effective preparation.

11  New counsel was recently assigned to this matter when prior counsel left the office, and the

12  extension is required to permit time for his effective preparation and to permit time for the Court to

13  consider and rule on her pretrial motions, which involve novel issues regarding the interaction of

14  federal and state law.  Failure to permit the new attorney for the United States the additional time

15  would deny counsel for the defendant United States the reasonable time necessary for effective

16  preparation, taking into account the exercise of due diligence.  Thus, the ends of justice served by

17  taking such action outweigh the best interest of the public and the defendant in a speedy trial.

18         The parties thus agree and stipulate, and request that the Court find the following:

19         a.    Prior counsel for the United States has recently left the United States

20  Attorney's Office, and new counsel has recently appeared for the United States;

21         b.    Prior to his appearance, undersigned counsel had no familiarity with, or

22  knowledge of, this action;

23         c.    On January 19, 2017, defendant Terri Schell filed certain pretrial motions

24  for the Court's determination.

25         d.    The parties have agreed and stipulated to the following briefing schedule

26  concerning the motions filed by defendant Terri Schell on January 19, 2017:

27         i.    The United States' opposition shall be filed no later than May 10, 2017;

28         ii.    Defendants shall file any reply no later than May 30, 2017;

e.   The Court will hear argument on the motions, if necessary, on June 6, 2017.

f.   The Court requires adequate time to consider and rule upon the pretrial motions filed by defendant Terri Schell;

g.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) because it results from a continuance granted by the Court at United States' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

3.      Nothing in this stipulation and order shall preclude either party from seeking leave of the Court to amend or modify the briefing schedule set forth herein.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

Dated:  April 19, 2017

PHILLIP A. TALBERT
United States Attorney

By:      */s/  Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant U.S. Attorney

By:   */s/  Erin J. Radekin (authorized 04/14/2017)*
ERIN J. RADEKIN
Attorney for Defendant Terri Schell

By:   */s/  John R. Duree (authorized 04/14/2017)*
JOHN R. DUREE, JR.
Attorney for Defendant David Schell

1

## **<u>ORDER</u>**

2        The parties' stipulation is approved and **SO ORDERED**.  Concerning the pretrial

3    motions filed by defendant Terri Schell on January 19, 2017, the United States shall file any

4    opposition no later than May 10, 2017; and defendants shall file any reply no later than May 30,

5    2017.  The Court will hear argument on the motions, if necessary, on June 6, 2017 at 9:15 a.m.

6        Further, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

7    seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the

8    conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18

9    U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) for that same period because it results from a

10   continuance granted by the Court at United States' request on the basis that the Court finds that

11   the ends of justice served by taking such action outweigh the best interest of the public and the

12   defendant in a speedy trial, and the Court adopts the findings of fact as requested, and as set forth

13   in, the stipulation.

14   Dated:  April 19, 2017

15                                         /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ.
16                                         United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28