**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:14-CR-00325 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO CONTINUE DATES** |
| ) | **RE: MOTION TO ENJOIN** |
| ) | **PROSECUTION** |
| **TERI SCHELL**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Gregory T. Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for hearing on the Teri Schell's motion to enjoin prosecution, September 26, 2017 at 9:15 a.m., in the above-captioned matter, and to continue the hearing to November 7, 2017 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

Stipulation and Order - 1

The parties further stipulate to modify the deadline to file the reply to the government's opposition to the motion to enjoin prosecution to November 1, 2017.

The reason for this request is that the parties are still engaged in plea negotiations and are hoping to resolve the case before the defense filing a reply and a motion hearing.  Ms. Radekin also needs additional time to communicate with Mrs. Schell's licensing counsel regarding the effects of proposed dispositions on her teaching license.  Further, the law relating to the appropriations rider prohibiting DOJ from using federal funds to prosecute medical marijuana cases is developing, and Ms. Radekin needs additional time to review recent developments and to prepare the reply.  The Court is advised that Mr. Broderick concurs with this request and that he and Mr. Duree have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation through conclusion of the hearing, or other prompt disposition, of the motion to enjoin prosecution should be excluded in computing time for commencement of trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).  The parties also agree and stipulate such exclusion is necessary to allow both the United States and the defense reasonable time for effective preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

//

IT IS SO STIPULATED.

Dated: September 19, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

                                     By:     /s/ Gregory T. Broderick
                                             GREGORY T. BRODERICK
                                             Assistant United States Attorney

Dated: September 19, 2017                     /s/ John R. Duree, Jr.
                                             JOHN R. DUREE, JR.
                                             Attorney for Defendant
                                             DAVID SCHELL

Dated: September 19, 2017                     /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
                                             Attorney for Defendant
                                             TERI SCHELL

//

Stipulation and Order - 3

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for the motion to enjoin prosecution, September 26, 2017 at 9:15 a.m. is VACATED and the above-captioned matter is set for hearing on this motion on November 7, 2017 at 9:15 a.m.  Further, the deadline for filing the reply to the government's opposition to the motion to enjoin prosecution is modified to November 1, 2017.  The Court finds excludable time in this matter through November 7, 2017 or other disposition of the motion to enjoin prosecution under 18 U.S.C. § 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, through disposition of the motion and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  9/19/2017                              /s/ John A. Mendez_____
                                                HON. JOHN A. MENDEZ
                                                United States District Court Judge