1

**ERIN J. RADEKIN**

2

**Attorney at Law - SBN 214964**

1001 G Street, Suite 107

3

Sacramento, California 95814

Telephone: (916) 446-3331

4

Facsimile: (916) 447-2988

5

6

Attorney for Defendant

TERI SCHELL

7

8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | | |
|---|---|---|
| 12 | **UNITED STATES OF AMERICA**, ) | 2:14-CR-00325 JAM |
| 13 | ) | |
| | Plaintiff, ) | |
| 14 | ) | **STIPULATION AND** |
| | v.                              ) | **ORDER TO CONTINUE DATES** |
| 15 | ) | **RE: MOTION TO ENJOIN** |
| | ) | **PROSECUTION** |
| 16 | **TERI SCHELL**, ) | |
| 17 | ) | |
| | Defendant. ) | |
| 18 | _____ ) | |

19

20

### STIPULATION

21

Plaintiff, United States of America, by and through its counsel, Assistant United States

22

Attorney Gregory T. Broderick, defendant, David Schell, by and through his counsel, John R.

23

Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and

24

25

stipulate to vacate the date set for hearing on the Teri Schell's motion to enjoin prosecution,

26

November 7, 2017 at 9:15 a.m., in the above-captioned matter, and to continue the hearing to

27

January 9, 2018 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

28

1

2   The reason for this request is that the parties are still engaged in plea negotiations and are

3   hoping to resolve the case before a hearing.  Further, the government has indicated it would like

4   time to review the defense's reply and to assess resolution of the case in light of the reply in

5   advance of a hearing, which might make a hearing unnecessary.  The government also needs

6   additional time to assess the state of the law on the issue of the appropriations rider prohibiting

7   the use of DOJ funds to interfere with California medical marijuana law, which is a developing

8   area.  The Court is advised that Mr. Broderick concurs with this request and that he and Mr.

9   Duree have authorized Ms. Radekin to sign this stipulation on their behalf.

10      The parties further agree and stipulate that the time period from the filing of this

11  stipulation through conclusion of the hearing, or other prompt disposition, of the motion to

12  enjoin prosecution should be excluded in computing time for commencement of trial under the

13  Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).  The parties also agree and stipulate such exclusion

14  is necessary to allow both the United States and the defense reasonable time for effective

15  preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  It is further agreed and

16  stipulated that the ends of justice served in granting the request outweigh the best interests of the

17  public and the defendant in a speedy trial.

18      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

19  IT IS SO STIPULATED.

20  Dated: November 1, 2017                    PHILLIP A. TALBERT
21                         United                 States Attorney

22
                                   By:    /s/ Gregory T. Broderick
23                         GREGOR            Y T. BRODERICK
                           Assistan          t United States Attorney
24

25

26

27

28

Dated: November 1, 2017                       /s/ John R. Duree, Jr.
                              JOHN                 R. DUREE, JR.
                              Attorney            for Defendant
                              DAVID               SCHELL


Dated: November 1, 2017                        /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
                              Attorney            for Defendant
                              TERI                SCHELL

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for the motion to enjoin prosecution, November 7, 2017 at 9:15 a.m. is VACATED and the above-captioned matter is set for hearing on this motion on January 9, 2018 at 9:15 a.m.  The Court finds excludable time in this matter through January 9, 2018 or other disposition of the motion to enjoin prosecution under 18 U.S.C. § 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, through disposition of the motion and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   11/1/2017                        /s/ John A. Mendez
                              HON.                 JOHN A. MENDEZ
                              United               States District Court Judge