**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TERI SCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:14-CR-00325 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER TO CONTINUE HEARING** |
| | ) | **FOR MOTION TO ENJOIN** |
| | ) | **PROSECUTION** |
| **TERI SCHELL**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Gregory T. Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for hearing on the Teri Schell's motion to enjoin prosecution, January 9, 2018 at 9:15 a.m., in the above-captioned matter, and to continue the hearing to January 16, 2018 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

Stipulation and Order - 1

The reason for this request is that Ms. Radekin has a conflict with the date currently set for hearing that arose after the filing of the last stipulation—the United States Court of Appeals for the Ninth Circuit set oral argument on January 9, 2018 in San Francisco on one of Ms. Radekin's pending appeals. The date for oral argument cannot now be changed. The Court is advised that Mr. Broderick and Mr. Duree concur with this request and that both counsel have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation through conclusion of the hearing, or other prompt disposition, of the motion to enjoin prosecution should be excluded in computing time for commencement of trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D). The parties also agree and stipulate such exclusion is necessary to allow both the United States and the defense reasonable time for effective preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 22, 2017                        PHILLIP A. TALBERT
                                                                    United States Attorney

                                                   By:     /s/ Gregory T. Broderick
                                                                   GREGORY T. BRODERICK
                                                                   Assistant United States Attorney

Dated: November 22, 2017                        /s/ John R. Duree, Jr.
                                                                   JOHN R. DUREE, JR.
                                                                     Attorney for Defendant
                                                                     DAVID SCHELL

Dated: November 22, 2017          /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  TERI SCHELL

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for the motion to enjoin prosecution, January 9, 2018 at 9:15 a.m. is VACATED and the above-captioned matter is set for hearing on this motion on January 16, 2018 at 9:15 a.m. The Court finds excludable time in this matter through January 16, 2018 or other disposition of the motion to enjoin prosecution under 18 U.S.C. § 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, through disposition of the motion and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: November 22, 2017          **/s/ JOHN A. MENDEZ**
                                  HON. JOHN A. MENDEZ
                                  United States District Judge