| | |
|---|---|
| 1 | **ERIN J. RADEKIN** |
| 2 | **Attorney at Law - SBN 214964** |
|   | 1001 G Street, Suite 107 |
| 3 | Sacramento, California 95814 |
|   | Telephone: (916) 446-3331 |
| 4 | Facsimile: (916) 447-2988 |
| 5 | |
|   | Attorney for Defendant |
| 6 | TERI SCHELL |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:14-CR-00325 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER TO CONTINUE DATES** |
| | ) | **MOTION TO ENJOIN** |
| | ) | **PROSECUTION** |
| **TERI SCHELL**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Gregory T. Broderick, defendant, David Schell, by and through his counsel, John R. Duree, Jr., and defendant, Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for hearing on the Teri Schell's motion to enjoin prosecution, February 13, 2018 at 9:15 a.m., in the above-captioned matter, and to continue the hearing to February 27, 2018 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

Stipulation and Order - 1

The reason for this request is that the parties are very near to a global resolution of the case; only details of the agreements as to resolution for both defendants, such as the factual bases and forfeiture issues, remain to be resolved.  Further, the parties need additional time for investigation and research concerning the continuing effect of the appropriations rider.  The Court is advised that Mr. Broderick and Mr. Duree concur with this request and that both counsel have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation through conclusion of the hearing, or other prompt disposition, of the motion to enjoin prosecution should be excluded in computing time for commencement of trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).  The parties also agree and stipulate such exclusion is necessary to allow both the United States and the defense reasonable time for effective preparation under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 9, 2018                                          PHILLIP A. TALBERT
                                                                 United States Attorney

                                                         By:     /s/ Gregory T. Broderick
                                                                 GREGORY T. BRODERICK
                                                                 Assistant United States Attorney


Dated: February 9, 2018                                          /s/ John R. Duree, Jr.
                                                                 JOHN R. DUREE, JR.
                                                                 Attorney for Defendant
                                                                 DAVID SCHELL

| | |
|---|---|
| Dated: February 9, 2018 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>TERI SCHELL |

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for the motion to enjoin prosecution, February 13, 2018 at 9:15 a.m. is VACATED and the above-captioned matter is set for hearing on this motion on February 27, 2018 at 9:15 a.m. The Court finds excludable time in this matter through February 27, 2017 or other disposition of the motion to enjoin prosecution under 18 U.S.C. § 3161(h)(1)(D), (h)(7)(B)(iv) and Local Code T4, through disposition of the motion and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

| | |
|---|---|
| Dated: 2/9/2018 | /s/ John A. Mendez<br>HON. JOHN A. MENDEZ<br>United States District Court Judge |