1    McGREGOR W. SCOTT
     United States Attorney
2    GREGORY T. BRODERICK
     Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Tel:  (916) 554-2780

5    Attorneys for the United States

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  2:14-CR-00325-JAM

12                    Plaintiff,            **STIPULATION and ORDER**
                                            **CONTINUING HEARING REGARDING**
13          v.                              **DEFENDANT'S MOTION TO ENJOIN**
                                            **PROSECUTION**
14   DAVID SCHELL AND TERI SCHELL,

15                    Defendants.

16

17          TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

18   STIPULATION

19          The United States, by and through its counsel, Assistant United States Attorney Gregory T.

20   Broderick, defendant David Schell, by and through his counsel, John R. Duree, Jr., and defendant

21   Teri Schell, by and through her counsel, Erin J. Radekin, agree and stipulate to continue the dates

22   related to Plaintiff Teri Schell's motion to enjoin prosecution.  The hearing date is presently set for

23   May 1, 2018.  (*See* Dkt. No. 92).  The basis for this motion is an appropriations restriction which

24   the Ninth Circuit has interpreted as barring some prosecutions of individuals operating in

25   compliance with state medical marijuana laws.

26          In view of the complexity and novelty of the legal issues, including the changing legal

27   landscape, the volume of discovery, the multiple defendants, and to permit each side and the

28   Court time for effective preparation, the parties hereby stipulate, and propose, that the Court

                                              1
     STIPULATION TO CONTINUE DATES REGARDING PENDING MOTION TO ENJOIN PROSECUTION

1    further continue the hearing to June 5, 2018.  In addition, the parties note that they have

2    extensively discussed a potential global resolution to this action, have made significant progress,

3    and believe an agreement is close at hand.  The agreement likely would have been concluded by

4    this point, but for an unforeseen injury to counsel.

5         The parties agree that time should continue to be excluded under Local Code E (pursuant to

6    18 U.S.C. § 3161(h)(1)(D)) through the conclusion of the hearing on, or other prompt disposition

7    of, this motion.  In addition, the parties agree that time is excludable under Local Code T4 (pursuant

8    to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)) to permit the United States time for effective preparation.

9    New counsel was recently assigned to this matter when prior counsel left the office, and the

10   extension is required to permit time for effective preparation and to permit time for the Court to

11   consider and rule on her pretrial motions, which involve novel issues regarding the interaction of

12   federal and state law, which is rapidly evolving.  Failure to permit the attorney for the United States

13   the additional time would deny counsel for the defendant United States the reasonable time

14   necessary for effective preparation, taking into account the exercise of due diligence.  Thus, the

15   ends of justice served by taking such action outweigh the best interest of the public and the

16   defendant in a speedy trial.

17        Although Defendant David Schell is not a party to the motion, any time excluded as to Teri

18   Schell should also be excluded as to Defendant David Schell under Local Code R and 18 U.S.C. §

19   3161(h) [unsevered co-defendant].  Therefore, the parties stipulate, and propose that the Court find,

20   that time is excluded as to co-defendant David Schell as well.

21        The parties thus agree and stipulate, and request that the Court find the following: the ends

22   of justice served by continuing the case as requested outweigh the interest of the public and the

23   defendant in a trial within the original date prescribed by the Speedy Trial Act; for the purpose of

24   computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant

25   to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other

26   prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local

27   Code T4) because it results from a continuance granted by the Court at United States' request on the

28   basis of the Court's finding that the ends of justice served by taking such action outweigh the best

2

STIPULATION TO CONTINUE DATES REGARDING HEARING MOTION TO ENJOIN PROSECUTION

1   interest of the public and the defendant in a speedy trial.  In addition, time is excluded under Local

2   Code R and 18 U.S.C. § 3161(h) [unsevered co-defendant].

3          1.      Nothing in this stipulation and order shall preclude a finding that other provisions

4   of the Speedy Trial Act dictate that additional time periods are excludable from the period within

5   which a trial must commence.

6          2.      Nothing in this stipulation and order shall preclude either party from seeking

7   leave of the Court to amend or modify the briefing schedule set forth herein.

8   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9   IT IS SO STIPULATED.

10  RESPECTFULLY SUBMITTED,

11  Dated:  April 27, 2018                              McGREGOR W. SCOTT
                                                        United States Attorney
12                                          By:     */s/  Gregory T. Broderick*
13                                                  GREGORY T. BRODERICK
                                                    Assistant U.S. Attorney
14                                          By: */s/  Erin J. Radekin (authorized 04/27/2018)*
15                                                  ERIN J. RADEKIN
                                                    Attorney for Defendant Teri Schell
16                                          By: */s/  John R. Duree (authorized 04/27/2018)*
17                                                  JOHN R. DUREE, JR.
                                                    Attorney for Defendant David Schell
18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

The parties' stipulation is approved and **SO ORDERED**.  Concerning the pretrial motions filed by defendant Teri Schell to enjoin her prosecution, the Court will hear argument on the motions, if necessary, on June 5, 2018 at 9:15 a.m.

Further, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E) through the conclusion of the hearing on, or other prompt disposition of, this motion, as well as under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) (Local Code T4) for that same period because it results from a continuance granted by the Court at United States' request on the basis that the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and the Court adopts the findings of fact as requested, and as set forth in, the stipulation.  Time is also excludable as to co-defendant David Schell under 18 U.S.C. § 3161(h) (Local Code R) [unsevered co-defendant].

Dated:  April 27, 2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ.
United States District Court Judge