McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2780

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERI SCHELL,<br><br>Defendant. | Case No. 2:14-CR-00325-JAM<br><br>**GOVERNMENT'S MOTION and ORDER DISMISSING INDICTMENT AS TO DEFENDANT TERI SCHELL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby moves to dismiss the charges in the Indictment as to defendant Teri Schell in the present case. These charges constitutes all the charges as to this defendant and will terminate her involvement in the case. This motion is supported and explained by the attached Dismissal Agreement.

Dated: February 8, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Richard J. Bender*
RICHARD J. BENDER
**Assistant U.S. Attorney**

1

1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Tel: (916) 554-2780

5  Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERI SCHELL,<br><br>Defendant. | Case No. 2:14-CR-00325-JAM<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANT TERI SCHELL** |

**ORDER**

Upon motion of the government, it is ORDERED that the charges in the Indictment as to defendant are hereby dismissed.

February 13, 2019

    /s/ John A. Mendez
HON. JOHN A. MENDEZ.
United States District Court Judge