**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
**TERI SCHELL**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:14-CR-00325-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR ORDER AND** |
| v. | ) | **ORDER TO** |
| | ) | **EXONERATE BOND AND** |
| | ) | **RETURN PASSPORT** |
| **TERI SCHELL**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 7, 2014, the court ordered Ms. Schell released on a $50,000 unsecured bond subject to conditions, which included that she surrender her passport. ECF Nos. 2, 7. On November 14, 2014, Ms. Schell surrendered her United States passport to the court. ECF No. 12.

On February 14, 2019, the court granted the government's request to dismiss all charges in the indictment as to Ms. Schell. ECF No. 111. Ms. Schell has no other charges pending.

Accordingly, Ms. Schell respectfully requests that the court exonerate the bond posted to secure her release and return her passport.

Dated: February 20, 2019                               Respectfully Submitted,


                                                     /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   TERI SCHELL

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that the bond posted to secure the release of the defendant, Teri Schell, be exonerated and that her United States passport surrendered to the court be returned to her.

Dated: 2/20/2019                               /s/ John A. Mendez
                                                                    HON. JOHN A. MENDEZ
                                                                    United States District Court Judge